175 A.3d 153

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LESLIE D. HILL, DEFENDANT–PETITIONER.

C–256 September Term 2017
079822

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002678–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 154

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DEREK BETHEA, DEFENDANT–PETITIONER.

C–245 September Term 2017
078957

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005738–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.